UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60839-CIV-ALTONAGA/Seltzer

**CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, SYNDICATES 2623/623**,

    Plaintiff,

v.

**SOLUTIONS RECOVERY CENTER,
LLC**, *et al.*,

    Defendants.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Ronald F. Shapiro, Esq. on November 20, 2018 at 9:00 a.m. at 401 East Las Olas Boulevard, Suite 1220, in Fort Lauderdale, Florida. The parties are reminded that a report of their mediation must be filed no later than **November 26, 2018**.

**DONE AND ORDERED** in Miami, Florida, this 12th day of June, 2018.

_____
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record