UNITED STATES DISTRICT COURT
SOUHERN DISTRICT OF FLORIDA
FT. LAUDERDALE, DIVISION

CASE NO.: 18-60839-CIV-ALTONAGA/SELTZER

CERTAIN UNDERWRITER'S at LLOYD'S,
LONDON, SYNDICATES 2623/623

      Plaintiff,

vs.

SOLUTIONS RECOVERY CENTER, LLC,
DANIEL J. CALLAHAN, SEAN CALLAHAN and
RICHARD GLASER,

      Defendants.

_____/

## NOTICE OF MEDIATION

PLEASE TAKE NOTICE that the mediation in the above captioned matter has been scheduled as follows:

DATE:    November 20, 2018

TIME:    9:00 A.M.

PLACE:    RON SHAPIRO MEDIATIONS, INC.
        1571 Sawgrass Corporate Parkway
        Suite 130
        Sunrise, FL  33323
        Telephone: (954) 382-0002

## MEDIATION SUMMARY

Please provide a mediation summary ten days before the Mediation. *(If the Summary is longer than 10 pages, please do not send via e-mail or fax. If you do, there is a good chance it will not be read.)*

## RELEASE

Defense counsel should bring to the mediation, in hard copy and on a CG-Rom flash drive, or other portable device, a proposed release with a blank line for insertion of the monetary consideration for the release.

## CERTIFICATE OF SERVICE

I certify that a true copy of the Notice of Mediation was faxed on June 20, 2018 to:

Rory Eric Jurman, Esq.
Steven S. Cula, Esq.
FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
Telephone: (954) 377-8105
Facsimile: (954) 377-8101
E-Mail: rjurman@fowler-white.com
          scula@fowler-white.com
**Counsel for Plaintiff,**
**Certain Underwriters at Lloyd's, London, Syndicates 2623/623**

Geremy W. Gregory, Pro Hac Vice
BALCH & BINGHAM LLP
841 Prudential Drive, Suite 1400
Jacksonville, Florida 32207
Telephone: (904) 348-6875
Facsimile:  (904) 396-9001
E-Mail: ggregory@balch.com

Jeremiah M. Glassford, Pro Hac Vice
BALCH & BINGHAM LLP
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 226-8738
Facsimile:  (205) 226-8799
E-Mail: jglassford@balch.com

Walter H. Boone, Pro Hac Vice
BALCH & BINGHAM LLP
188 East Capital Street, Suite 1400
P.O. Box 22587
Jackson, Mississippi 39225
Telephone: (601) 965-8179
Facsimile:  (888) 956-9542
E-Mail: wboone@balch.com
**Counsel for Defendants, Solutions Recovery Center, LLC,
Daniel J. Callahan, Sean Callahan and Richard Glaser**

Ronald F. Shapiro
ronaldfshapiro@gmail.com
Bar Number 349194
Mediator Number 180664
Ron Shapiro Mediations, Inc.
1571 Sawgrass Corporate Parkway
Suite 130
Sunrise FL  33322
(954) 382-0002
(954) 382-9008 Facsimile