UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60839-CIV-ALTONAGA/Seltzer

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, SYNDICATES 2623/623,

    Plaintiff,
v.

SOLUTIONS RECOVERY CENTER,
LLC, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on a *sua sponte* review of the record. On June 13, 2018, Defendant, Plaintiff, Certain Underwriters at Lloyd's, London, Syndicates 2623/623, filed a Motion to Dismiss Defendants' Counterclaim [ECF No. 28]. Under Local Rule 7.1(c), "each party opposing a motion shall serve an opposing memorandum of law no later than (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. Fla. L.R. 7.1(c). To date, Defendants have not filed an opposing memorandum of law, nor have they sought an extension of time to do so.

Accordingly, it is **ORDERED AND ADJUDGED** that Plaintiff's Motion to Dismiss Defendants' Counterclaim **[ECF No. 28]** is **GRANTED** by default.

**DONE AND ORDERED** in Miami, Florida, this 2nd day of July, 2018.

*[signature]*
**CECILIA M. ALTONAGA**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record