UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-60839-CIV-ALTONAGA/Seltzer

**CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, SYNDICATES 2623/623**,

      Plaintiff,
v.

**SOLUTIONS RECOVERY CENTER,
LLC**, *et al.*,

      Defendants.
_____/

## ORDER

THIS CAUSE came before the Court on Defendants' Motion to File Amended Counterclaim and Complaint for Declaratory Judgment [ECF No. 31]. As the Motion was timely filed in accord with the Order dated May 22, 2018 [ECF No. 22], and "leave to amend is to be freely given, absent substantial reason to deny the motion," *Geary v. City of Snellville*, 205 F. App'x 761, 763 (11th Cir. 2006), it is hereby

**ORDERED AND ADJUDGED** that the Motion [ECF No. 31] is **GRANTED**. Defendants shall file their Answer and Amended Counterclaim and Complaint for Declaratory Judgment [ECF No. 31-1] as a separate docket entry by **July 6, 2018**.

**DONE AND ORDERED** in Miami, Florida, this 5th day of July, 2018.

_____
**CECILIA M. ALTONAGA
UNITED STATES DISTRICT JUDGE**

cc:    counsel of record

CASE NO. 17-20737-CIV-ALTONAGA

2