IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CERTAIN UNDERWRITERS AT LLOYD'S,
LONDON, SYNDICATES 2623/623

     Plaintiff,

v.                                                          Case No. 0:18-CV-60839-CMA

SOLUTIONS RECOVERY CENTER, LLC,
DANIEL J. CALLAHAN,
SEAN CALLAHAN, and
RICHARD GLASER,

     Defendants,
_____/

## DEFENDANT/COUNTERCLAIM PLAINTIFFS' STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Local Rule 56.1, Defendants/Counterclaim-Plaintiffs, SOLUTIONS RECOVERY CENTER, LLC ("Solutions"), DANIEL J. CALLAHAN, SEAN CALLAHAN, and RICHARD GLASER (collectively the "Solutions Parties") submit the following Statement of Facts in support of their Motion for Summary Judgment on the claims asserted by and against Plaintiff/Counterclaim-Defendant, CERTAIN UNDERWRITERS AT LLOYD'S, LONDON, SYNDICATES 2623/623 ("Underwriters").

1. Underwriters sold insurance policy No. W15F3F170401 (the "Policy") to Solutions on June 15, 2017. A true and correct copy of the Policy is attached to Underwriters' Amended Complaint as Exhibit B (Doc. 5-2). (Doc. 5, Am. Compl., ¶ 47; Doc. 33, Am. Answer, ¶ 47.)

2. On December 31, 2017, Kipu Systems LLC ("Kipu") filed an action (the "Kipu Action") in the Southern District of Florida styled, *Kipu Systems, LLC v. ZenCharts LLC, et. al*, Case No. 1:17-cv-24733-KMW-EGT. Solutions Recovery Center, LLC as well as Daniel J.

Callahan, Sean Callahan, and Richard Glaser were among the named defendants. A true and correct copy of the Complaint in the Kipu Action (the "Kipu Complaint") is attached to Underwriters' Amended Complaint as Exhibit "A".[1] (Am. Compl., ¶ 27; Am. Answer, ¶ 27.)

3.  The Solutions Parties timely tendered the Kipu Action to Underwriters and requested a defense under the Policy. (*See* Am. Compl., ¶ 41; Am. Answer, ¶ 41.)

4.  The Solutions Parties have fulfilled all conditions precedent to coverage under the Policy by cooperating with Underwriters and or submitting to the jurisdiction of this Court upon Underwriter's filing of their Amended Complaint. (*See* Doc. 5-2, Am. Compl., Exhibit B, at 47–51;[2] Am. Compl., ¶ 4–7; Am. Answer, ¶ 4–7.)

5.  Underwriters denied coverage. A true and correct copy of Underwriters' letter denying coverage is attached to the Solutions Parties' Amended Counterclaim as Exhibit 1 (*See* Doc. 33-1, Denial Letter from Rory Jurman to Nicholas Novack dated April 16, 2013.)

6.  On October 10, 2018, Kipu filed an Amended Complaint in the Kipu Action (the "Kipu Amended Complaint").[3] A true and correct copy of the Kipu Amended Complaint is attached to this Statement of Undisputed Material Facts as Exhibit 3.[4]

---

[1] Hereinafter, Solutions Recovery will cite to Exhibit A to the Second Amended Complaint using the citation format "Kipu Compl., ¶ __."

[2] The Policy consists of a standard insuring agreement as well as a declarations page and several endorsements. The pagination of these documents is not continuous. To avoid confusion, Solutions Recovery will hereinafter cite to the Policy using the citation format "Policy at __" and provide a pincite to the PDF page assigned to docket entry 5-2.

[3] For the most part, the allegations of the Kipu Complaint and the Kipu Amended Complaint are the same, except that the Kipu Amended Complaint adds some allegations that strengthen the Solutions Parties arguments. Because both the Kipu Complaint and the Kipu Amended Complaint are potentially relevant, the Solutions Parties' brief will provide pincites to both pleadings. Hereinafter, the Solutions Parties will cite to Exhibit 3 to this Statement of Undisputed Material Fact using the citation format "Kipu Am. Compl., ¶ __." Unless otherwise noted, all references to the "Kipu Amended Complaint" in this Statement of Facts and the Solution's Parties accompanying Motion for Summary Judgment also refer to the Kipu Complaint.

Dated: November 8, 2018.

Respectfully submitted,

BALCH & BINGHAM LLP

*/s/ Geremy W. Gregory*
GEREMY W. GREGORY
(FL Bar No. 102645)
ggregory@balch.com
841 Prudential Drive, Suite 1400
Jacksonville, FL 32207
Telephone: (904) 348-6875
Facsimile: (904) 396-9001

Walter H. Boone (MSB #8651)
(Admitted *pro hac vice*)
wboone@balch.com
188 East Capitol Street, Suite 1400
P. O. Box 22587
Jackson, MS 39225-2587
Telephone: (601) 965-8179
Facsimile: (888) 956-9542

Steven C. Corhern (ASB # 3130V84C)
(Admitted *pro hac vice*)
scorhern@balch.com
1901 Sixth Avenue North
Birmingham, Alabama 35203
Telephone: (205) 226-8765
Facsimile: (205) 448-5798

***Attorneys for Solutions Recovery Center, LLC, Daniel J. Callahan, Sean Callahan, and Richard Glaser***

---

[4] The Solutions Parties previously attached Exhibits 1-2 to their Answer and Amended Counterclaim (Doc. 33). In an attempt to avoid confusion, the Solutions Parties have elected to adopt a continuous number system for all exhibits they will file with this Court. Accordingly, the Kipu Amended Complaint has been designated as Exhibit 3.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing Response to Plaintiff's Motion to Dismiss Amended Counterclaim was filed via the CM/ECF System, and served electronically or via U.S. Mail on this 8th day of November, 2018, on all counsel or parties listed below:

Rory Eric Jurman
rjurman@fowler-white.com
Steven S. Cula
scula@fowler-white.com
FOWLER WHITE BURNETT, P.A.
One Financial Plaza, Suite 2100
100 Southeast Third Avenue
Fort Lauderdale, Florida 33394
*Counsel for Plaintiff, Certain Underwriters at Lloyd's, London, Syndicates 2623/623*

                                          */s/ Geremy W. Gregory*
                                          GEREMY W. GREGORY